**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RODNEY ANDERSON,** | : | |
| | : | |
|     **Plaintiff** | : | |
| | : | **CIVIL NO. 3:CV-14-1792** |
|     **v.** | : | |
| | : | **(Judge Caputo)** |
| **T. BICKELL,** *et al.*, | : | |
| | : | |
|     **Defendants** | : | |

**O R D E R**

**AND NOW**, this  28th  day of **FEBRUARY, 2017**, it is ordered that Mr. Anderson's Third Motion for Appointment of Counsel (ECF No. 66) is denied without prejudice.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**