# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RODNEY ANDERSON,** : | |
| : | |
|    **Plaintiff** : | |
| : | **CIVIL NO. 3:CV-14-1792** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **T. BICKELL,** *et al.*, : | |
| : | |
|    **Defendants** : | |

## O R D E R

**AND NOW**, this **28th** day of **FEBRUARY, 2017**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. The DOC Defendants' Motion to Dismiss the Amended Complaint (ECF No. 67) is **GRANTED**.

2. The DOC Defendants' Motion to Dismiss the Supplemental Complaint (ECF No. 69) is **GRANTED**.

3. Ms. Parkes' Motion to Dismiss the Amended Complaint (ECF No. 72) is **GRANTED**.

4. The Amended Complaint (ECF No. 64) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The Supplemental Complaint (ECF No. 64-1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. The Clerk of Court is directed to **CLOSE** this case.

7. Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**